FILED

DEC 1 5 2016

SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR 2905·LAB |
| Plaintiff, | |
| v. | INFORMATION |
| JENNIFER LOUISE WHITE, | Title 18, United States Code, Section 371 – Conspiracy |
| Defendant. | |

The United States charges:

### COUNT 1
### CONSPIRACY
### 18 U.S.C. § 371

Beginning no later than October 2014 and continuing through at least June 2015, within the Southern District of California and elsewhere, defendant JENNIFER LOUISE WHITE did knowingly and intentionally conspire with ALEX MARTINEZ (charged elsewhere) and others to use facilities in interstate commerce with the intent to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribution of the proceeds of an unlawful activity, that is, bribery in violation of California Labor Code Sections 139.3, 139.32, and 3215, California Business and Professions Code Section 650, and California Insurance Code Section 750, and thereafter, performed and attempted to perform an act

to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribute the proceeds of said unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(1)(A), (a)(3)(A), and (2), and, in furtherance of the conspiracy, WHITE and one or more of her co-conspirators performed the following overt act: on or about October 3, 2014, WHITE and others caused a check for $20,000 to be paid to MARTINEZ, all in violation of Title 18, United States Code, Section 371.

LAURA E. DUFFY
United States Attorney

DATED: 12/15/2016

_Valerie Chu_

VALERIE H. CHU
Assistant U.S. Attorney

_Valerie Chu, for_

CAROLINE P. HAN
Assistant U.S. Attorney

_Valerie Chu, for_

FRED A. SHEPPARD
Assistant U.S. Attorney